1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| PYRO-COMM SYSTEMS, INC., et al.,<br><br>        Plaintiffs,<br><br>        vs.<br><br>INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 11, et al.,<br><br>        Defendant.<br><br>─────────────────────────────<br>AND CONSOLIDATED ACTION<br>─────────────────────────────<br>AND RELATED ACTION COUNTER-CLAIMS | Case No.: SA CV 06-00802 AG (RZx)<br><br>Consolidated with:<br>Case No.: CV 06-06794 AG (RZx)<br><br>**PROTECTIVE ORDER** |

        On July 15, 2009, Defendants and Counter-Claimants, Trustees of the Southern California IBEW-NECA Pension Plan, et al. (the "Trustees") served on non-party, Los Angeles Unified School District ("LAUSD") a subpoena ("Subpoena") seeking production of documents.  Among other documents identified in the Subpoena, the Trustees requested production of unredacted certified payroll records ("Unredacted CPRs") prepared by Plaintiff and Counter-Defendant Pyro-Comm Systems, Inc. ("Pyro-Comm").

1    The Unredacted CPRs contain Pyro-Comm's employees' names, addresses, and

2    social security numbers ("Identification Information").  Although this Identification

3    Information is confidential in nature, the Trustees require the information in order to

4    calculate fringe benefit contributions owed by Pyro-Comm.

5

6    **IT IS HEREBY ORDERED**, pursuant to the "Stipulation for Protective Order"

7    entered into by and among the Trustees and the LAUSD, and good cause appearing

8    therefore:

9    1.    The LAUSD shall produce the Unredacted CPRs requested in the Subpoena

10   within 30 days of the issuance of this order.

11   2.    The Trustees shall not furnish, show, disclose or otherwise disseminate the

12   Unredacted CPRs to any person except to: (a) the Trustees, their agents and employees;

13   (b) counsel for the Trustees and office personnel assisting counsel in the preparation and

14   trial of this action; and (c) experts and consultants who are assisting said counsel in

15   preparation and/or trial.  The Trustees shall require any person(s) identified in

16   subparagraphs (a) through (c) to be bound to this order.

17   3.    The Unredacted CPRs may only be used for the purpose of calculating,

18   collecting and allocating fringe benefit contributions allegedly owed by Pyro-Comm to

19   the Trustees for work performed by employees of Pyro-Comm.  The Unredacted CPRs

20   may not be used for any other purpose by anyone, including those persons identified in

21   Paragraph 2 herein.

22   4.    The Unredacted CPRs produced pursuant to the Subpoena shall be

23   maintained in the possession and control of the Trustees and the Trustees' counsel in

24   such a manner that the information is not accessible to individuals not bound by this

25   order.

26   5.    Unless the Court orders otherwise, the Trustees may only file the

27   Unredacted CPRs with the Court after obtaining an order to seal pursuant to Local Rules

28   79-5.1 – 79-5.4.

Protective Order

234280.1

6.     The Trustees may redact the Unredacted CPRs by blocking out the Identification Information contained therein.  The redacted CPRs, containing no Identification Information, may be provided to all third parties and may be filed with the Court without an order to seal.

7.     In the event that the Trustees are ordered by a court or any state, federal or governmental unit to produce the Unredacted CPRs, they shall provide reasonable notice to the LAUSD, through their counsel, of that court order or command, so as to allow the LAUSD to file an appropriate opposition to such order or command.

8.     The terms of this Order shall remain in full force and effect and shall not cease to be in effect because of the final adjudication of this litigation.

9.     Upon resolution of this action in trial court, the Unredacted CPRs shall be held by Trustees' counsel pending final resolution of this litigation by appeal or otherwise.  Within six (6) months after such final resolution, the Unredacted CPRs shall be shredded by the Trustees' counsel.  The Trustees' counsel shall give the LAUSD, through its counsel, notice when the Unredacted CPRs have been shredded.

DATED: _____

_____
UNITED STATES ~~DISTRICT COURT~~
MAGISTRATE JUDGE

234280.1

3                                          Protective Order