JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PYRO-COMM SYSTEMS, INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 11; SOUTHERN CALIFORNIA IBEW-NECA TRUST FUND, et al.<br><br>Defendants.<br><br>TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN; TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND; TRUSTEES OF THE RIVERSIDE COUNTY ELECTRICAL HEALTH & WELFARE TRUST FUND; TRUSTEES OF THE INLAND EMPIRE IBEW-NECA HEALTH TRUST; TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND; TRUSTEES OF THE RIVERSIDE COUNTY ELECTRICAL EDUCATION AND TRAINING TRUST FUND; TRUSTEES OF THE SAN BERNARDINO COUNTY ELECTRICAL EDUCATION AND TRAINING TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR MANAGEMENT COOPERATION COMMITTEE; | Case No.: SA CV 06-00802 AG (RZx)<br>Consolidated with:<br>Case No.: CV 06-06794 AG (RZx)<br><br>Assigned to the Honorable Judge Andrew J. Guilford<br><br>**JUDGMENT** |

| | |
|---|---|
| | TRUSTEES OF THE INLAND EMPIRE LABOR-MANAGEMENT COOPERATION COMMITTEE; TRUSTEES OF THE NATIONAL IBEW-NECA LABOR-MANAGEMENT COMMITTEE; TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND; and THE LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, |
| | Counterclaimants, |
| | vs. |
| | PYRO-COMM SYSTEMS, INC., a California corporation, |
| | Counterdefendant, |

These consolidated actions having been commenced on August 24, 2006, and the Court having approved the stipulation for entry of judgment in favor of Counterclaimants Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Riverside County Electrical Health & Welfare Trust Fund, Trustees of the Inland Empire IBEW-NECA Health Trust, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the Riverside County Electrical Education and Training Trust Fund, Trustees of the San Bernardino County Electrical Education and Training Trust Fund, Trustees of the Southern California IBEW-NECA Labor Management Cooperation Committee, Trustees of the Inland Empire Labor-Management Cooperation Committee, Trustees of the National IBEW-NECA Labor-Management Committee, Trustees of the National Electrical Benefit Fund and the Los Angeles Electrical Workers Credit Union, and against Counterdefendant Pyro-Comm Systems, Inc., a California corporation, and for good cause shown,

///

///

1         IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

2         Counterclaimants Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Riverside County Electrical Health & Welfare Trust Fund, Trustees of the Inland Empire IBEW-NECA Health Trust, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the Riverside County Electrical Education and Training Trust Fund, Trustees of the San Bernardino County Electrical Education and Training Trust Fund, Trustees of the Southern California IBEW-NECA Labor Management Cooperation Committee, Trustees of the Inland Empire Labor-Management Cooperation Committee, Trustees of the National IBEW-NECA Labor-Management Committee, Trustees of the National Electrical Benefit Fund and the Los Angeles Electrical Workers Credit Union shall recover from Counterdefendant Pyro-Comm Systems, Inc., a California corporation, the principal amount of $200,000.00, together with post-judgment interest calculated at the rate of 6% per annum.

DATED: February 25, 2011

_____
UNITED STATES DISTRICT JUDGE